IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02579-WYD-BNB

HARRY G. MARXMILLER,

Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Order** [docket no. 12, filed April 24, 2012] (the "Motion").

IT IS ORDERED that the Motion is DENIED. The matter is before me and a decision will be forthcoming. No discovery will be allowed until after a Scheduling Conference, which may be scheduled at a later date once an a order has been entered on the Motion to Dismiss.

DATED:  April 26, 2012