IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   11-cv-02579-WYD-BNB

HARRY G. MARXMILLER,

    Plaintiff,

v.

BOARD OF COUNTY COMMISSIONERS OF BOULDER COUNTY, COLORADO,

    Defendant.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of United States Magistrate Judge, filed on September 13, 2012, by the Honorable Wiley Y. Daniel, Chief United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the Recommendation of United States Magistrate Judge Boland (ECF Doc. No. 15) is affirmed and adopted.  It is further

ORDERED that judgment is hereby entered in favor of Defendant, Board of County Commissioners of Boulder County, Colorado, and against Plaintiff, Harry G. Marxmiller, on Defendant's Motion to Dismiss.  It is further

ORDERED that plaintiff's complaint and action are dismissed without prejudice.

DATED at Denver, Colorado this 13th day of September, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

s/ Edward P. Butler
Edward P. Butler,
Deputy Clerk